[No. 68418-3-I.  Division One.  June 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY ROJELIO PEREZ CHAPARRO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01987-4, Thomas J. Wynne, J., entered March 7, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68439-6-I.  Division One.  June 10, 2013.]

JAMES A. CHASE ET AL., *Respondents*, v. JAMES EBELING, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-36845-7, Regina S. Cahan, J., entered February 17, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.

[No. 68518-0-I.  Division One.  June 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO MORENO-CAZAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06634-3, Beth M. Andrus, J., entered March 19, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 68881-2-I.  Division One.  June 10, 2013.]

*In the Matter of the Postsentence Review of* BRIAN WANDELL.

BRIAN WANDELL, *Respondent*, v. THE STATE OF WASHINGTON, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01310-6, Thomas J. Wynne, J., entered January 6, 2012. Petition *granted* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Schindler, J. Now published at 175 Wn. App. 447.